

|   |   |

Menu ☰

 ⚠ Notice – Due to scheduled system maintenance, all online services will be intermittently unavailable on Tuesday, August 2, 2022, between 6:00 pm and 8:00 pm

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖶 Print

### Girasol Martinez Plaintiff vs. Unum Life Insurance Company Of America Defendant

**Broward County Case Number:** CACE22009757
**State Reporting Number:** 062022CA009757AXXXCE
**Court Type:** Civil
**Case Type:** Other - Insurance Claim
**Incident Date:** N/A
**Filing Date:** 07/05/2022
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 18 Fahnestock, Fabienne E.

---

**−  Party(ies)**                                                                                          Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|



Removal Exhibit 2 - Page 1 of 4

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Martinez, Girasol** | | ★ Sperry, Martin J<br>Retained<br>Bar ID: 144917<br>Martin J. Sperry, P.A<br>3860 W Commercial Boulevard<br>Fort Lauderdale, FL 33309<br>**Status: Active** |
| Defendant | **Unum Life Insurance Company Of America** | | |

## ➖ Disposition(s)    Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

## ➖ Event(s) & Document(s)    Total: 6

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/15/2022 | **Summons on Insurance Commissioner Returned Served** | Tuesday, July 12,2022 Party: *Defendant* Unum Life Insurance Company Of America | 📄 | 2 |
| 07/06/2022 | **eSummons Issuance** | UNUM LIFE INSURANCE COMPANY OF AMERICA | 📄 | 1 |
| 07/06/2022 | **Clerk's Certificate of Compliance W-2020-73CIV/2020-74-UFC** | NONE | 📄 | 1 |
| 07/05/2022 | **Per AOSC20-23 Amd12, Case is determined General** | | | |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 07/05/2022 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 07/05/2022 | **Complaint (eFiled)** | Party: *Plaintiff* Martinez, Girasol | 📄 | 90 |

− Hearing(s)  Total: 0

**There is no Disposition information available for this case.**

− Related Case(s)  Total: 0

**There is no related case information available for this case.**

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK) ›

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS) ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS) ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT) ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY) ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS) ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)

PRINT

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) ›

*PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) ›

*PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.

Instead, contact this office by phone or in writing.

© 2022 - All rights reserved

Removal Exhibit 2 - Page 4 of 4